IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Jupiter v. Federal Bureau of Prisons, et al</u> | CIVIL NO. 3:14-CV-1024 |
| Inmate: | Clarence S. Jupiter | (Judge Kosik) |
| ID: | 03969-084 | |

FILED
SCRANTON
JUL 0 7 2014
PER _____
DEPUTY CLERK

### ORDER

On May 28, 2014, Clarence S. Jupiter, an inmate confined at the United States Penitentiary-Canaan, Waymart, Pennsylvania, filed the above civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis. (Doc. 1).[1]

By Administrative Order dated April 14, 2014, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted a properly completed Authorization form. The appropriate Authorization form was enclosed with the Order. (Doc. 4).

Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

s/ _____
EDWIN M. KOSIK
United States District Judge

DATE: July 7, 2014

---

1. Although plaintiff filed an application to proceed in forma pauperis (Doc. 2), he failed to submit an Authorization form.